IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENENET CAPITAL, INC.,

       Plaintiff,

  v.

ANGELICA F. DELOS REYES,

       Defendant.

_____/

No. C 18-02129 JSW

**ORDER OF REMAND**

On April 23, 2018, this Court issued an order to show cause why the case should not be remanded to the Superior Court of the State of California for Contra Costa County. Defendant's response to that order is due to be filed no later than May 11, 2018. On May 9, 2018, after receiving a motion to remand filed by Plaintiff and notice of bankruptcy proceedings, the Court issued a further order indicating that should Defendant fail to file a response, this matter would be remanded for lack of subject matter jurisdiction.

The Court has not received any response the order to show cause. Having failed to file a response or demonstrate that the Court has subject matter jurisdiction over his claim, the matter is remanded to the Superior Court of the State of California for Contra Costa County.

**IT IS SO ORDERED.**

Dated: May 23, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE